Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_____ Division

| | | |
|---|---|---|
| Mark A. Person | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| Florida Department of Financial Services<br>Jeremy Lewand<br>Amelia Spears | ) | FILED BY _____ D.C.<br>JAN 14 2021<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Mark A. Person |
   | Street Address | 9825 NE 2nd Avenue Suite 531276 |
   | City and County | Miami, Miami-Dade |
   | State and Zip Code | FL 33153 |
   | Telephone Number | (786)704-1569 |
   | E-mail Address | markperson@personssecurityagency.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Florida Department of Financial Services |
| Job or Title *(if known)* | Governmental Agency |
| Street Address | 200 Gaines Street |
| City and County | Tallahassee, Leon County |
| State and Zip Code | FL 33299 |
| Telephone Number | 1(877) 693-5236 |
| E-mail Address *(if known)* | AgentLicensing@MyFloridaCFO.com |

Defendant No. 2

| | |
|---|---|
| Name | Jeremy Lewand |
| Job or Title *(if known)* | Bureau of Licensing |
| Street Address | 200 Gaines Street |
| City and County | Tallahassee, Leon County |
| State and Zip Code | FL 33299 |
| Telephone Number | 1(877) 693-5236 |
| E-mail Address *(if known)* | AGENTLICENSING@MYFLORIDACFO.COM |

Defendant No. 3

| | |
|---|---|
| Name | Amelia Spears |
| Job or Title *(if known)* | Senior Management Analyst Supervisor |
| Street Address | 200 Gaines Street |
| City and County | Tallahassee, Leon County |
| State and Zip Code | FL 33299 |
| Telephone Number | 1(877) 693-5236 |
| E-mail Address *(if known)* | Amelia.SpearsAmyfloridacfo.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Fourteenth Amendment. The Defendants engaged in discriminatory practices when I applied for licensure with the department. Upon complaining the defendant retaliated against me breaching federal laws sanctioned by the EEOC and the Equal Emplotment Opportunity Act.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The actions of the indidviduals involved in this case have caused a serioud financial burden on my life. I have not been able to find emloyment, I have not been able to work for the company that I was hired to work with. In the process of their Action I lost over $30,000 in benefits that was promised to me. I became homeless and is currently living in a shelter because of the unfair practices by the defendants which seek to not adhere to the laws of the United States. Their negligence, total disregard for the lives of others, and their breach of the trust of the people have caused me mental Anguish due to the fact that I have never felt the ramifications of Racial Discrimination until now.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the courts to grant my judgement for damages, for the Department to cease and desist from participating in illegal activities. I received a letter from the Lawyer of the Department requesting payment of $1,500.00 to pay to the department before I can obtain my license to work. during this pandemic. I havent been able to work and I told the department this and I believe thats asnother reason that they sanctioned me with this fee, The department never wanted to issue the license in the first place. I feel that the only action that would solve this situation is for relief from the department. I have tried to resolve this issue without going to court and to no avail have I been able to get the department to reason with me to settle the mater.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     01/06/2021

Signature of Plaintiff     *Mark A. Person*
Printed Name of Plaintiff  Mark A. Person

**B.     For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address